No.
-1-

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

―――――――

No. 97-41038
Summary Calendar

―――――――

PERRY LEE OLSON,

                                                        Plaintiff-Appellant,

versus

J.K. MAY, Patrol Officer;
PORT ARTHUR POLICE DEPARTMENT,

                                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:95-CV-421
- - - - - - - - - -
August 12, 1998

Before JONES, SMITH and STEWART, Circuit Judges

PER CURIAM:[*]

        Perry Lee Olson, Texas prisoner No. 413228, appeals the district court's entry of summary

judgment dismissing his civil rights complaint.  Having reviewed the record and the briefs of the

parties, we AFFIRM for essentially the same reasons adopted by the district court.  Olson v. May,

No. 1:95c421 (E.D. Tex. Jun. 30, 1997, and July 21, 1997).

        AFFIRMED.

―――――――

        [*]    Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be
published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.